UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA, as Subrogee for William Davis,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BROAN-NUTONE LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendant. | NO: 1:21-CV-3158-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Parties' Stipulated Motion for Order of Dismissal with Prejudice. ECF No. 25. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of any and all claims with prejudice and without attorney's fees and costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 25, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without attorney's fees and costs to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 6, 2023.



THOMAS O. RICE
United States District Judge