AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2023

SEAN F. McAVOY, CLERK

NATIONWIDE INSURANCE COMPANY OF AMERICA, as Subrogee for William Davis,

*Plaintiff*

v.

BROAN-NUTONE LLC, a Delaware limited liability company,

*Defendant*

Civil Action No.   1:21-CV-3158-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without attorney's fees and costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

pursuant to the  Parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 25.

Date:   July 6, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen